## Commonwealth *v.* Warren, Appellant.

Submitted March 1, 1976. *J. Richard Oare, Jr.*, Assistant Public Defender, for appellant; *Marion E. MacIntyre*, Second Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Washington, Appellant.

Submitted September 8, 1975. *Harry L. Green*, Assistant Public Defender, for appellant; No appearance entered nor brief submitted for Commonwealth, appellee.

Judgment of sentence affirmed.